UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GILCO ENTERPRISES, LLC AND ITS OPERATING ENTITIES ACE CONTRACT CARRIERS, INC., et al, | : | CIVIL ACTION:  2:23-cv-00019-ES-JRA |
| Plaintiffs, | : | ORDER FOR DISMISSAL |
| v. | : | **CLOSED** |
| CSX TRANSPORTATION, INC. et al | : | |
| Defendants, | : | |

It appearing that the above captioned matter having been pending for more than 90 days without any proceedings having been taken therein,

IT IS ON THIS **12th** day of **September, 2024,**

O R D E R E D that the above case is hereby dismissed, pursuant to Local Rule 41.1(a), without prejudice and without costs.

s/Esther Salas
ESTHER SALAS, U.S.D.J.